**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**STEPHEN M. LUCI,**

    **Petitioner,**

vs.                                              **Civil Action No. 3:07 CV 11
(Maxwell)**

**THOMAS McBRIDE, Warden,**

    **Respondent.**

## ORDER

Having considered the Petitioner's Motion for Permission to Appeal In Forma Pauperis and Affidavit in support thereof, filed in the above-styled *habeas corpus* action on August 3, 2007, it is

**ORDERED** that, pursuant to Rule 24(a) of the Federal Rules of Appellate Procedure, the Petitioner's Motion for Permission to Appeal In Forma Pauperis (Docket No. 18) be, and the same is hereby, **GRANTED**, and the Petitioner may proceed on appeal without prepayment of costs or fees.

    **ENTER**: August 13 , 2007

                                                             **/S/ Robert E. Maxwell**
                                                              United States District Judge