IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

STEPHEN LUCI,

        Petitioner,

v.                       Civil Action no. **3:07cv11**

**THOMAS McBRIDE, Warden,**

        Respondent.

## ORDER GRANTING MOTION FOR AN ENLARGEMENT OF TIME

On January 22, 2007, the *pro se* petitioner, Stephen Luci, a state inmate, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254. On August 8, 2007, the undersigned entered an Order directing the respondent to answer the petition within thirty days. On September 6, 2007, the respondent filed a Motion for an Enlargement of Time, requesting that the time within which to file his answer be extended to October 7, 2007.

Upon finding that the motion sets forth good cause and appears to be in good faith, the Motion for Enlargement of Time (Doc.21) is **GRANTED**. The respondent shall file his answer by October 9, 2007. Petitioner has **thirty (30) days** after the date the answer is filed to make any reply that he may have. Pursuant to Rule 7 of the Federal Rules of Civil Procedure, no other pleadings will be accepted without the express order of the court upon a timely motion duly made.

        **IT IS SO ORDERED.**

The Clerk of the Court is directed to provide a copy of this Order to the pro se petitioner and any counsel of record.

DATED: September 7, 2007

                              /s/ James E. Seibert
                              JAMES E. SEIBERT
                              UNITED STATES MAGISTRATE JUDGE